# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ERIC L. WILLIAMS, | No. CV 09-7664-JSL (AGR) |
| Petitioner, | |
| v. | **JUDGMENT** |
| TERESER A. BANKS, Warden, | |
| Respondent(s). | |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that Respondent's motion to dismiss is granted and the petition is dismissed without prejudice for lack of jurisdiction.

DATED: 7/7/11

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE